IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. STEVEN EDWARD SCHLOSSER, Defendant. | CR 23-123-BLG-SPW PRELIMINARY ORDER OF FORFEITURE |
|---|---|

THIS MATTER comes before the Court on the United States' Unopposed Motion for a Preliminary Order of Forfeiture (Doc. 28). Defendant Steven Edward Schlosser appeared before the Court on January 24, 2024, and entered a plea of guilty to the Indictment. Schlosser's plea provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 18 U.S.C. § 924(d), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure.

1

IT IS ORDERED:

1. Schlosser's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d):

- HS Produkt, XD-40 .40 caliber semi-automatic pistol (serial number US299586);
- 12 rounds Remington .40 caliber ammunition;
- HS Produkt, XD Elite .45 caliber pistol (serial number BB119862); and
- Four rounds of assorted .45 caliber ammunition.

2. The United States, through ATF or a designated sub-custodian, is directed to seize the property subject to forfeiture. The property is to be held by the United States in its secure custody and control.

3. The United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

4. Upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), in which all interests will be addressed.

DATED this 30th day of January, 2024.

*/s/ Susan P. Watters*
SUSAN P. WATTERS
United States District Court Judge